RAHUL RAVIPUDI, ESQ.
Nevada Bar No. 14750
ravipudi@panish.law
IAN SAMSON, ESQ.
Nevada Bar No. 15089
isamson@panish.law
RACHEAL A. ROSS, ESQ.
Nevada Bar No. 14943
rross@panish.law
**PANISH | SHEA | RAVIPUDI LLP**
300 South Fourth Street #710
Las Vegas, Nevada 89101
Telephone: (702) 560-5520
Facsimile: (702) 975-2515
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA UMPHREYVILLE, an individual, ERIC UMPHREYVILLE, an individual<br><br>Plaintiffs,<br>v.<br><br>GNLV, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS/ENTITES I through X, inclusive,,<br><br>Defendants. | Case No.  2:25-cv-00390-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES RE DEFENDANT GNLV LLC'S PENDING MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, PATRICIA UMPHREYVILLE and ERIC UMPHREYVILLE, by and through their attorneys of the law firm of PANISH | SHEA | RAVIPUDI LLP, and Defendants, GNLV, LLC, by and through their respective counsel of record, WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, hereby stipulate and agree to extend the deadline for Plaintiffs to file their Opposition to Defendant, GNLV LLC's Motion for Summary Judgment, to April 6, 2026. Defendant's Motion for Summary Judgment was filed March 9, 2026, no hearing has been set on this Motion.

This is the first request to extend these deadlines, and it is made in good faith and not for the purpose of delay.

/ / /

## I.    REASONS FOR EXTENSION

The Parties have agreed to a brief extension of the deadlines to file the briefing of the Opposition and Reply to Defendant's Motion for Summary Judgment. Defendant's Motion was filed on March 9, 2026. The Court set the deadline for Plaintiffs' Opposition to the Motion for March 30, 2026. *See* ECF 28. Plaintiffs previously attached an exhibit to the FRCP 30(b)(6) Deposition of Defendant's designee, Omar Salinas. The exhibit was an email Mr. Salinas referenced in his testimony which is relevant to the Defendant's Motion and Plaintiffs' Opposition. Defendant agreed to provide a copy of the email to Plaintiffs and the Court Reporter so that it could be attached to the deposition. Plaintiffs then followed up via email to request that Defendant provide the email. After his deposition, Mr. Salinas took time off and was unable to search for the email. Defendant provided the email on March 30th. Due to the delay in procuring the email and its effect on the Plaintiffs' Opposition in this matter, the Parties have agreed to a short one-week extension to the deadline for Plaintiffs' Opposition. The new deadline for Plaintiffs' Opposition will be April 6, 2026. No hearing has been scheduled on this Motion.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## II.   CONCLUSION

For the foregoing reasons, the parties respectfully request that this Court approve their stipulation to extend the Plaintiffs' Deadline to file their Opposition to Defendant's Motion for Summary Judgment to April 6, 2026.

DATED this 30th day of March, 2026.

**PANISH | SHEA | RAVIPUDI LLP**

By: */s/ Racheal A. Ross, Esq.*
   RAHUL RAVIPUDI, ESQ. (#14750)
   COLIN P. CAVANAUGH, ESQ. (#13842)
   RACHEAL A. ROSS, ESQ. (#14943)
   300 South Fourth Street #710
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Alan Westbrook, Esq.*
   ALAN WESTBROOK, ESQ. (6167)
   6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, NV 89119
   *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____3/30/2026_____

3